# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

Rehearing No. 603

146819

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

CORTEZ ROLAND DAVIS,
   Defendant-Appellant.

SC: 146819
COA: 314080
Wayne CC: 94-002089-01-FC

_____/

   On order of the Court, the motion for rehearing is considered, and it is DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



Clerk

t1015